UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*VIA ECF*

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
*JAMES STRATES in his individual capacity,*
*and STRATES SHOWS, INC.*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

ATTORNEYS OF RECORD:
ALLAN S. RUBIN, ESQ.
ANA C. SHIELDS, ESQ.
MARC S. WENGER, ESQ.

----------------------------------------------------------------->

ADONAI GUERRERO VAZQUEZ, JESUS
AGUILAR HERNANDEZ, ARTURO AGUILAR
HERNANDEZ, JOSE LUIS OLMOS
RODRIGUEZ, JOSE SOLOZANO, ROBERTO
CABRALES MARTINEZ, SAMUEL ROSALES
RIOS and RAFAEL HERNANDEZ ALVAREZ
in their individual capacities and as representatives
of those similarly situated,

                           Plaintiffs,

-against-

PANTELIS KARAGEORGIS in his individual
capacity, PETER'S FINE GREEK FOOD INC., E.
JAMES STRATES, in his individual capacity,
STRATES SHOWS, INC., RAUL HOFFMAN
and JUAN ANTONIO GONZALEZ,

                           Defendants.

----------------------------------------------------------------->

Civ. No.: 10-cv-04839

(RRM) (RML)

**DEFENDANTS' CERTIFICATE PURSUANT TO**
**RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Strates Shows, Inc. (private nongovernmental party), certifies that it has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: Melville, New York
       March 3, 2011

Respectfully submitted,

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS E. JAMES STRATES AND STRATES SHOWS, INC.*
58 South Service Rd., Suite 410
Melville, New York  11747
(631) 247-0404

By:_____
MARC S. WENGER, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2011, Defendants' Certificate Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon the following parties and participants:

NATHANIEL K. CHARNY, ESQ.
CHARNY & ASSOCIATES
9 West Market Street, Suite B
Rhinebeck, New York  12572
(845) 876-7500
ncharny@charnyand associates.com

MILAN A. BHATT, ESQ.
Workers Rights Law Center of New York, Inc.
101 Hurley Street, Suite 5
Kingston, New York  12401
(845) 331-6615
mbhatt@wnylc.com

DAWN M. CARDI, ESQ.
CHAD L. EDGAR, ESQ.
DAWN M. CARDI & ASSOCIATES
2 Park Avenue, 19th Floor
New York, New York  10016
(212) 481-7770
dcardi@cardilaw.com
cledgar03@yahoo.com

DAVID IRVING, ESQ.
Farmworker Legal Services of New York, Inc.
1187 Culver Road
Rochester, New York  14609
(585) 325-3050
dirving@wnylc.com

_____
Ana C. Shields, Esq.